No. 1110.  ROBERTS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. ▮

No. 6252.  PARKER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. ▮

No. 6254.  MILLS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. ▮

No. 988.  MINNESOTA MINING & MANUFACTURING CO. *v.* NORTON CO. ET AL.  C. A. 6th Cir.  Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▮ .

No. 1019.  RALPH PRINTING & LITHOGRAPHING CO. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 8th Cir. Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. ▮

No. 996.  STERLING NATIONAL BANK OF DAVIE *v.* CAMP, COMPTROLLER OF THE CURRENCY, ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE BLACK took no part in the consideration or decision of this petition. ▮

No. 5856.  WHITEHEAD *v.* VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.  MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.